UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 5:00-CR-193-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| GLEN ROWLAND MOSS, III | ) | |

This cause came for judgment upon a Bill of Indictment to which the defendant entered a plea of guilty on January 11, 2001, and the judgment of The Honorable Terrence W. Boyle, United Stated District Judge, ordered the defendant to the custody of the Bureau of Prisons for 147 months, imposed a $200 special assessment and restitution in the amount of $10,000.00. It was further adjudged that the defendant be placed on supervised release for a period of 5 years under the standard conditions and special conditions that he pay the imposed special assessment and restitution under the supervision of the United States Probation Office.

It now appears that Glen Rowland Moss, III died on or about February 6, 2012, at which time he owed a balance of $5,935.58.

**THEREFORE,** the court does find and conclude that said special assessment and judgment did abate with the death of said debtor. The order of restitution stands and may be pursued through the defendant's estate.

This the __16__ day of __February__ 2012.

_____
Terrence W. Boyle
United States District Judge